**93–70.** Lake Buckhorn Property Owners Assn., Inc. v. Dunderman. *Holmes County,* No. CA–464. On motion to consolidate with 93–54, *Lake Buckhorn Property Owners Assn., Inc.,* Holmes County, No. CA–463, and to adopt memorandum. Motion granted.

**93–72.** State v. Gray. *Cuyahoga County,* No. 60188. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**93–105.** J.C. Penney Ins. Co. v. Adkins. *Franklin County,* No. 92AP–498. On motion for summary disposition. Motion denied. Ten-day extension permitted.

DOUGLAS and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS ALLOWED

**92–2392.** Doe v. First United Methodist Church. *Lorain County,* Nos. 91CA005260 and 92CA005318.

A.W. SWEENEY AND WRIGHT, JJ., dissent.

## REHEARING DOCKET

**91–2384.** Tokles & Son, Inc. v. Midwestern Indemn. Co. *Lucas County,* No. L–89–395. Reported at 65 Ohio St.3d 621, 605 N.E.2d 936. On motion for rehearing and motion to strike. Motions denied.

MOYER, C.J., dissents.

RESNICK and F.E. SWEENEY, JJ., not participating.

**92–2088.** Oliver–Coogler v. Toledo Edison Co. *Lucas County,* No. L–91–373. Reported at 65 Ohio St.3d 1493, 605 N.E.2d 393. On motion for rehearing. Rehearing denied.

RESNICK and F.E. SWEENEY, JJ., not participating.

**92–2268.** May v. Ohio Dept. of Highway Safety, Bur. of Motor Vehicles. *Hamilton County,* No. C–910725. Reported at 65 Ohio St.3d 1496, 605 N.E.2d 950. On motion for rehearing. Rehearing denied.

F.E. SWEENEY, J., not participating.

*Thursday, February 18, 1993*

## MOTION DOCKET

**92–986.** State v. Cook. *Hamilton County,* No. C–900676. On motion for stay. Motion granted.

**92–2619.** Transam. Ins. Co. v. Nolan. *Warren County,* Nos. CA89–12–077 and CA89–12–079. On motion to reconsider the granting of stay. Motion denied.

**93–57.** State ex rel. Athens Cty. Property Owners Assn., Inc. v. Athens. *Athens County,* No. 1513. On motion for stay. Motion granted.

**93–221.** State v. Brown. *Lucas County,* No. L–92–145. On motion for stay or to dismiss without prejudice. The motion for stay is denied.

PFEIFER, J., dissents.

RESNICK, J., not participating.

**93–242.** In re Musial. *Cuyahoga County,* No. 64825. On motion for stay. Motion denied.

PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS